# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.

ROBERT DUNN

Case No:     8:03-cr-288-T-23MAP
USM No:     41286-018

Date Previous Judgment Signed: April 6, 2004

Defendant's Attorney: Tracy Dreispul, AFPD

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

The defendant moved pro se (Doc. 645) under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), after which the Federal Public Defender was appointed to represent the defendant. The United States and the defendant stipulate (Doc. 659) to the application of the retroactive amendment and to a reduction of sentence of seventeen months or to time served, whichever is greater. Having considered the motion and the stipulation,

**IT IS ORDERED** that the motion is:
- ☐ DENIED.
- ☒ GRANTED and the defendant's previously imposed term of imprisonment **IS REDUCED TO SEVENTY MONTHS OR TIME SERVED PLUS TEN DAYS, WHICHEVER IS GREATER.**

## I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

Previous Offense Level: 35      Amended Offense Level: 33
Criminal History Category: II      Criminal History Category: II
Previous Guideline Range: 188 to 235 months      Amended Guideline Range: 151 to 188 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
- ☐ The reduced sentence is within the amended guideline range.
- ☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and a Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
- ☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the April 6, 2004, judgment shall remain in effect.

ORDERED in Tampa, Florida, on      July 3rd     , 2008.

Effective Date: _____
(if different from order date)

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE